B5 (Official Form 5) (12/07)                FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court / Southern District of Texas | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle) **Seven S Capital, Ltd.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) **Five S Capital, Ltd.** |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.) **32-036200932** | |
|---|---|

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) **5151 Mitchelldale Ste B2 Houston, TX 77092** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Harris**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7          ■ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**Nature of Debts**
(Check one box)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

**Type of Debtor**
(Form of Organization)
☐ Individual (Includes Joint Debtor)
☐ Corporation (Includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
_____

**Nature of Business** (Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

### VENUE

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check one box)

■ Full Filing Fee attached

☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.
*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]*

## PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
### OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |

| Relationship | District | Judge |
|---|---|---|
| | | |

### ALLEGATIONS
(Check applicable boxes)

| | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).

2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.

3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor___**Seven S Capital, Ltd.**_____

Case No._____

---

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

---

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title) | X /s/ Paul D. Moak _____ 10/3/14<br>Signature of Attorney                    Date |
| **Jonathan Alexander Saperstein 1994 Trust**  10/3/14<br>Name of Petitioner                    Date Signed | **McKool Smith PC**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   **Jonathan Saperstein, Trustee**<br>**4510 Banning Drive**<br>**Houston, TX 77027** | **600 Travis Street**<br>**Suite 7000**<br>**Houston, TX 77002-3018**<br>Address<br>Telephone No.____**713-485-7300**____ |
| X _____<br>Signature of Petitioner or Representative (State title) | X /s/ Paul D. Moak _____ 10/3/14<br>Signature of Attorney                    Date |
| **Alexis Daniella Saperstein 1994 Trust**  10/3/14<br>Name of Petitioner                    Date Signed | **McKool Smith PC**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   **Jonathan Saperstein, Trustee**<br>**4510 Banning Drive**<br>**Houston, TX 77027** | **600 Travis Street**<br>**Suite 7000**<br>**Houston, TX 77002-3018**<br>Address<br>Telephone No.____**713-485-7300**____ |
| X _____<br>Signature of Petitioner or Representative (State title) | X /s/ Paul D. Moak _____ 10/3/14<br>Signature of Attorney                    Date |
| **Stephanie Nicole Saperstein 1994 Trust**  10/3/14<br>Name of Petitioner                    Date Signed | **McKool Smith PC**<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity   **Jonathan Saperstein, Trustee**<br>**4510 Banning Drive**<br>**Houston, TX 77027** | **600 Travis Street**<br>**Suite 7000**<br>**Houston, TX 77002-3018**<br>Address<br>Telephone No.____**713-485-7300**____ |

---

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Jonathan Alexander Saperstein 1994 Trust**<br>**4510 Banning Drive**<br>**Houston, TX 77027** | **Promissory Note** | **6,557,919.88** |
| **Alexis Daniella Saperstein 1994 Trust**<br>**4510 Banning Drive**<br>**Houston, TX 77027** | **Promissory Note** | **6,794,986.04** |
| **Stephanie Nicole Saperstein 1994 Trust**<br>**4510 Banning Drive**<br>**Houston, TX 77027** | **Promissory Note** | **7,822,241.71** |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>**21,175,147.63** |

**0**____ continuation sheets attached

## VERIFICATION OF PETITIONING CREDITOR OF
## INVOLUNTARY PETITION FOR ORDER FOR RELIEF
## UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of the Alexis Daniella Saperstein 1994 Trust ("Petitioner"), I certify that:

1.     The Alexis Daniella Saperstein 1994 Trust is a Petitioning Creditor in the involuntary Chapter 11 against Seven S Capital, Ltd (the "Debtor").

2.     The annexed Petition is true and correct according to the best of my knowledge, information, and belief.

3.     The Petitioner holds a promissory note under which in excess of $6,794,986.04 is owed by the Debtor.   Petitioner did not acquire the promissory note for the purpose of commencing or joining, as a petitioning creditor, in the involuntary Chapter 11 case commenced against the Debtor.

4.     The Petitioner's claims are not contingent as to liability or the subject of a bona fide dispute.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could testify and would testify competently thereto.

Executed this 3rd day of October 2014 at Houston, Texas.


**Alexis Daniella Saperstein 1994 Trust**


By:_____

Jonathan Saperstein, Trustee

## VERIFICATION OF PETITIONING CREDITOR OF INVOLUNTARY PETITION FOR ORDER FOR RELIEF UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of the Jonathan Alexander Saperstein 1994 Trust ("Petitioner"), I certify that:

1.     The Jonathan Alexander Saperstein 1994 Trust is a Petitioning Creditor in the involuntary Chapter 11 against Seven S Capital, Ltd (the "Debtor").

2.     The annexed Petition is true and correct according to the best of my knowledge, information, and belief.

3.     The Petitioner holds a promissory note under which in excess of $6,557,919.88 is owed by the Debtor.   Petitioner did not acquire the promissory note for the purpose of commencing or joining, as a petitioning creditor, in the involuntary Chapter 11 case commenced against the Debtor.

4.     The Petitioner's claims are not contingent as to liability or the subject of a bona fide dispute.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could testify and would testify competently thereto.

Executed this 3rd day of October 2014 at Houston, Texas.

**Jonathan Alexander Saperstein 1994 Trust**

By:_____
Jonathan Saperstein, Trustee

## VERIFICATION OF PETITIONING CREDITOR OF
## INVOLUNTARY PETITION FOR ORDER FOR RELIEF
## UNDER CHAPTER 11 TITLE 11 UNITED STATES CODE

On behalf of the Stephanie Nicole Saperstein 1994 Trust ("Petitioner"), I certify that:

1.     The Stephanie Nicole Saperstein 1994 Trust is a Petitioning Creditor in the involuntary Chapter 11 against Seven S Capital, Ltd (the "Debtor").

2.     The annexed Petition is true and correct according to the best of my knowledge, information, and belief.

3.     The Petitioner holds a promissory note under which in excess of $7,822,241.71 is owed by the Debtor.   Petitioner did not acquire the promissory note for the purpose of commencing or joining, as a petitioning creditor, in the involuntary Chapter 11 case commenced against the Debtor.

4.     The Petitioner's claims are not contingent as to liability or the subject of a bona fide dispute.

The Petitioner declares under penalty of perjury that the foregoing is true and correct and that if called as a witness, I could testify and would testify competently thereto.

Executed this 3rd day of October 2014 at Houston, Texas.

**Stephanie Nicole Saperstein 1994 Trust**

By:_____

Jonathan Saperstein, Trustee